No. 06-14-00205-CR

RECEIVED IN
The Court of Appeals
Sixth District

Feb 0 2 2015

Texarkana, Texas
Debra Autrey, Clerk

In The Court of Appeals

Sixth Appellate District of Texas

At Texarkana, Texas

FILED IN
The Court of Appeals
Sixth District

FEB 0 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Rocky Lee Ellinger
Appellant

VS

The State of Texas
Appellee

To Said Honorable Court:

## Moton for Time Extension to file Pro Se Brief

Rocky Lee Ellinger, pro se, humbly moves the court

to grant a 60 day extension to prepare and file

a pro se brief. Appellate is informed that the

deadline to file a pro se brief is Feburary 20th, 2015.

Appellant requests an additional 60 days because

appointed counsel, Mr Finstrom, has freled a brief

in support of Motion to Withdrawal and found that there are no grounds of appeal. Wherefore, Appellant requests an additional 60 days to prepare a pro se brief. There have been no previous extensions sought in this appeal.

Respectfully Submitted,
Rocky Lee Ellinger
ROCKY Ellinger (pro se)
Appellant
# 1964270
Bradshaw State Jail
PO Box 9000
Henderson Texas 75653

Certificate of Service

I certify that I have delivered a true copy of this Time Extension Motion to the Sixth District Court of Appeals this 28th day of January 2015.

Rocky Ellinger
Appellant        (pro se)